## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

**ALICE MUSGROVE**                                                      **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 2:05CV2133 LTS-JMR**

**AMERICAN GENERAL FINANCE, INC., ET AL.**                  **DEFENDANTS**

### ORDER OF DISMISSAL

Upon the motion of the plaintiff to dismiss this case with prejudice, it is

**ORDERED**

That the plaintiff's motion to dismiss [10] is hereby **GRANTED**; and

That this case is hereby finally **DISMISSED** with prejudice.

**SO ORDERED** this 2nd day of February, 2006.

                                        s/ *L. T. Senter, Jr.*

                                        L. T. Senter, Jr.
                                        Senior Judge